# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CONNIE WELLS, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 4:25-cv-00173-FJG |
| Plaintiff, | : : | |
| v. | : : | |
| PLATINUM CHOICE HEALTH CARE LLC | : : | |
| Defendant. | : : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: September 18, 2025          PLAINTIFF,


*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com